✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

     v.

BENJAMIN GUTIERREZ,

              Defendant.

**APPEARANCE**

Case Number:  08MJ0812

To the Clerk of this court and all parties of record:

     Enter my appearance as counsel in this case for

     BENJAMIN GUTIERREZ

     I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ SHAFFY MOEEL |
| 3/18/2008 | |
| Date | Signature |
| | Shaffy Moeel / Federal Defenders of SD    238732 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

## **CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: March 18, 2008                              ____/s/  *Shaffy Moeel*_____
                                                   SHAFFY MOEEL
                                                   Federal Defenders of San Diego, Inc.
                                                   225 Broadway, Suite 900
                                                   San Diego, CA 92101-5030
                                                   (619) 234-8467  (tel)
                                                   (619) 687-2666  (fax)
                                                   e-mail: Shaffy_Moeel@fd.org