**SHAFFY MOEEL**
California Bar No. 238732
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 685-3716

Attorneys for Mr. Gutierrez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. 08CR0938-WQH |
| Plaintiff,          ) | Date: July 14, 2008 |
| v.          ) | Time: 9:00 a.m. |
| BENJAMIN GUTIERREZ,          ) | MOTION FOR ORDER TO SHORTEN TIME |
| Defendant.          ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his attached *SENTENCING MEMORANDUM* two (2) days, to be heard on July 14, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard for the following reasons:

Counsel is preparing for two upcoming trials in the months of August. Counsel is also currently working on an opening brief in the Ninth Circuit Court of Appeals due on July 14, 2008. Counsel currently has 45 active cases. Counsel apologizes to the Court for the inconvenience caused by this late filing. Counsel assures the Court that she is mindful of the significance of timely filings with the Court.

Respectfully submitted,

Dated: July 11, 2008          */s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gutierrez

1

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Wendy S Gerboth**
Wendysgerboth@hotmail.com

**Wayne Charles Mayer**
wcmayer@aol.com

**Joseph J.M. Orabona**
joseph.orabona@usdoj.gov,glory.rascon@usdoj.gov,efile.dkt.gc1@usdoj.gov

Dated: July 11, 2008                                         /s/  *Shaffy Moeel*
                                                            SHAFFY MOEEL
                                                            Federal Defenders of San Diego, Inc.
                                                            225 Broadway, Suite 900
                                                            San Diego, CA 92101-5030
                                                            (619) 234-8467  (tel)
                                                            (619) 687-2666  (fax)
                                                            e-mail: Shaffy_Moeel@fd.org